EAVES v. UNIVERSAL UNDERWRITERS GROUP

No. 88P92

Case below: 107 N.C.App. 595

Petition by defendants (Amica and Sims) for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

EDWARDS v. UNIVERSITY OF NORTH CAROLINA

No. 377P92

Case below: 107 N.C.App. 606

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 17 December 1992.

GALLBRONNER v. MASON

No. 369P92

Case below: 101 N.C.App. 362

Petition by defendant for writ of mandamus dismissed 17 December 1992.

HOUSEHOLD FINANCE CORP. v. ELLIS

No. 351P92

Case below: 107 N.C.App. 262

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question denied 17 December 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 17 December 1992.